IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY ALLEN WELLS                                                                              PETITIONER
ADC #141072

v.                              Case No. 5:14-cv-00349-JTK

WENDY KELLEY, Director,                                                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this action is dismissed with prejudice.

SO ADJUDGED this 27th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE